# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JQ SOLUTIONS,

           Plaintiff,

vs.

MICHAEL DAHIR, et al.,

           Defendants.

Case No. 2:11-cv-00101-RLH-PAL

**ORDER**

(IFP App - Dkt. #1)

      Plaintiff JQ Solutions is attempting to proceed in this action *pro se*, has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis,* and submitted a Complaint on January 19, 2011.  This proceeding was referred to this court by Local Rule IB 1-9.

      Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) Application is signed by Mark S. Johnson, who purports to be Plaintiff's CEO.  The Application represents that he has received gifts or inheritances in the last six months.  However, his description of those gifts or inheritances is unclear.  Moreover, 28 U.S.C. § 1915 only allows a person to proceed *in forma pauperis,* and a corporation cannot appear except through counsel.  *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  It is unclear whether Mr. Johnson is attempting to file suit on behalf of himself or on behalf of a corporate entity.

      Accordingly,

**IT IS ORDERED:**

    1.    Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT PREJUDICE.

    2.    The Clerk of Court shall mail a Plaintiff a new Application for non-incarcerated litigants.

3. Plaintiff shall file the new application on or before **March 8, 2011**. The new application shall describe with specificity the gifts and/or inheritance received by Mark Johnson and shall clarify whether he is attempting to file suit on his own behalf or on behalf of a corporate entity.

4. Failure to comply with this Order will result in a recommendation to the District Judge that Plaintiff's Application be denied.

Dated this 11th day of February, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE