# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JQ SOLUTIONS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL DAHIR, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:11-cv-00101-RLH-PAL<br><br>**ORDER**<br><br>(Mtn to Extend - Dkt. #13) |

This matter is before the court on Plaintiff JQ Solutions Motion for Extension of Time to Serve Process (Dkt. #13). Plaintiff's Complaint was originally filed on March 16, 2011, and the Clerk of Court issued summons on that date. It does not appear that service has been affected on the Defendants. Plaintiff seeks an additional sixty days to affect service of the Complaint because it has been difficult to obtain a good address for Defendant Michael Dahir. The court also notes that it appears that Plaintiff has retained a process server and is attempting to serve the Complaint himself. However, because Plaintiff is proceeding *in forma pauperis*, the U.S. Marshal's Service effects service in this matter.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. *Plaintiff's Motion to Extend Time (Dkt. #13) is GRANTED. The deadline to serve the* Complaint shall be extended to **October 15, 2011.**
2. The Clerk of Court shall mail Plaintiff a blank Form USM-285.
3. The Clerk of Court shall deliver summons to the U.S. Marshal for service. Plaintiff shall have ten days in which to furnish the U.S. Marshal with the required Form USM-285. Within ten days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice

|   |   |
|---|---|
| 1 | with the court identifying whether defendant was served.  If Plaintiff wishes to have |
| 2 | service again attempted on an unserved defendant, a motion must be filed with the court |
| 3 | identifying the unserved defendant and specifying a more detailed name and/or address |
| 4 | for said defendant, or whether some other manner of service should be attempted. |
| 5 | Dated this 15th day of August, 2011. |

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE