# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JQ SOLUTIONS, et al., | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-00101-RLH-PAL |
| vs. | ) | **ORDER** |
| MICHEAL DAHIR, | ) | |
| Defendant. | ) | |

Before the court is Plaintiff Mark Johnson's "Motion for Continuance and Extension of Time for Status and Scheduling Conference set on March 1, 2012, Based on Good Causation", which was faxed to chambers and mailed to the Defendant February 28, 2012. The motion has not yet been electronically filed or docketed.

The motion requests a continuance of the status and scheduling conference scheduled for March 1, 2012, at 10:00 a.m. Mr. Johnson states the notice was unreasonably short because he resides in Cincinnati. He cites a provision of LR 16-6(e) pertaining to the court's Early Neutral Evaluation Program in support of his motion. However, this case is not part of the court's Early Neutral Evaluation Program which applies to employment discrimination actions filed in this court. The court set this matter for a status and scheduling conference after the district judge entered an Order (Dkt. #20) on February 17, 2012, granting in part and denying in part Defendant's Motion to Proceed to Trial by Jury. After reviewing the trial court's order and the docket in this case, it appeared that a discovery plan and scheduling order had never been entered. The court, therefore, set the matter for a status and scheduling conference to determine the status of this matter, whether the parties intended to engage in any discovery, and if so, what discovery each side needed, and the time required to complete discovery. The court routinely permits parties to appear at status and scheduling conferences telephonically when

they reside out of state. However, the notice of hearing entered February 21, 2012, did not specifically permit the parties to appear telephonically. A review of the docket indicates Defendant has not provided a telephone number at which he can be reached. Accordingly,

**IT IS ORDERED** that:

1. Plaintiff's Motion to Continue the Status and Scheduling Conference is **GRANTED**, and the status and scheduling conference is continued to **Monday, March 12, 2012, at 10:30 a.m.**

2. The parties may appear telephonically. Each party requesting to appear telephonically is instructed to call Jeff Miller, Courtroom Deputy, at (702) 464-5420 **before 4:00 p.m., March 9, 2012,** to indicate the name of the party participating and a telephone number where that party may be reached. The courtroom deputy will initiate the call.

3. The clerk of the court shall file Plaintiff's Motion for Continuance on the court's docket, and the parties are reminded that all motions or requests for relief are required to be filed and served on all parties of record.

4. Both sides are reminded they are required to keep each other and the court informed of their current address and a phone number at which they can be reached while this case is pending.

Dated this 28th day of February, 2012.

Peggy A. Leen
United States Magistrate Judge