**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JQ SOLUTIONS, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL DAHIR, et al., <br><br> Defendants. | Case No. 2:11-cv-00101-RLH-PAL <br><br> **ORDER** <br><br> (Mtn to Stay Order - Dkt. #34) |

This matter is before the court on the Plaintiff's Motion to Stay Order (Dkt. #34). Plaintiff points out that the court's Discovery Plan and Scheduling Order ("DPSO") (Dkt. #32), entered March 12, 2012, erroneously states his breach of contract claim was dismissed. At page 2, lines 20-21, the DPSO provides, "the only claim that has not been dismissed is a single count of computer fraud and abuse under 18 U.S.C. § 1030. Plaintiff's breach of contract claim has been dismissed."

The Report of Findings and Recommendation (the "R&R") (Dkt. #5), entered March 16, 2011, recommended that Plaintiff's claim under 18 U.S.C. § 1030 be dismissed, but because Plaintiff invoked the court's diversity jurisdiction and alleged the essential elements of a contract claim arising under Nevada law, the Complaint stated a claim for breach of contract. *See* R&R at 2:25-3:10. In an Order (Dkt. #12) entered June 1, 2011, District Judge Hunt concluded 18 U.S.C. § 1030(g) provides a private right of action, and he rejected that portion of the R&R. *See* Order at 2:18-25, 4:19-20. He affirmed the R&R in "all remaining aspects." *Id.* at 4:21.

Thus, Plaintiff is correct. His breach of contract claim remains pending, as does his claim under 18 U.S.C. § 1030.

Accordingly,

/ / /

**IT IS ORDERED** that Plaintiff's Motion to Stay Order (Dkt. #34) is GRANTED to the extent that the DPSO (Dkt. #32) is AMENDED to strike the portion at page 2:20-21 that reads, "However, the only claim that has not been dismissed is a single count of computer fraud and abuse under 18 U.S.C. § 1030.  Plaintiff's breach of contract claim has been dismissed."

Dated this 16th day of May, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE