UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JQ SOLUTIONS,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL DAHIR, et al.,<br><br>                Defendants. | Case No. 2:11-cv-00101-RLH-PAL<br><br>**ORDER**<br><br>(Mtn to Stay Order - Dkt. #34) |

       This matter is before the court on the Plaintiff's Motion to Stay Order (Dkt. #34). Plaintiff points out that the court's Discovery Plan and Scheduling Order ("DPSO") (Dkt. #32), entered March 12, 2012, erroneously states his breach of contract claim was dismissed. At page 2, lines 20-21, the DPSO provides, "the only claim that has not been dismissed is a single count of computer fraud and abuse under 18 U.S.C. § 1030. Plaintiff's breach of contract claim has been dismissed."

       The Report of Findings and Recommendation (the "R&R") (Dkt. #5), entered March 16, 2011, recommended that Plaintiff's claim under 18 U.S.C. § 1030 be dismissed, but because Plaintiff invoked the court's diversity jurisdiction and alleged the essential elements of a contract claim arising under Nevada law, the Complaint stated a claim for breach of contract. *See* R&R at 2:25-3:10. In an Order (Dkt. #12) entered June 1, 2011, District Judge Hunt concluded 18 U.S.C. § 1030(g) provides a private right of action, and he rejected that portion of the R&R. *See* Order at 2:18-25, 4:19-20. He affirmed the R&R in "all remaining aspects." *Id.* at 4:21.

       Thus, Plaintiff is correct. His breach of contract claim remains pending, as does his claim under 18 U.S.C. § 1030.

       Accordingly,

/ / /

1    **IT IS ORDERED** that Plaintiff's Motion to Stay Order (Dkt. #34) is GRANTED to the extent
2    that the DPSO (Dkt. #32) is AMENDED to strike the portion at page 2:20-21 that reads, "However, the
3    only claim that has not been dismissed is a single count of computer fraud and abuse under 18 U.S.C.
4    § 1030.  Plaintiff's breach of contract claim has been dismissed."
5    Dated this 16th day of May, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE