**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JQ SOLUTIONS, et al., | ) | |
| Plaintiffs, | ) | Case No. 2:11-cv-00101-RLH-PAL |
| vs. | ) | **ORDER** |
| MICHEAL DAHIR, et al., | ) | (Mot. To Produce Docs - Dkt. #46) |
| Defendants. | ) | |

Before the court is Plaintiff Mark Johnson's Motion to Produce Documents, Electronically Stored Information, and Tangible Things, and/or Inspect Personal Property of the Dahir Family (Dkt. #46). At a hearing conducted May 29, 2012 the court advised the parties to consult and comply with the Federal Rules of Civil Procedure, and specifically Rules 26 through 37 which govern discovery. The court gave the Plaintiff until June 1, 1012, to serve the Defendant with any requests for production of documents and a set of interrogatories, and gave the Defendant until July 6, 2012, to serve the Plaintiff with his responses.

A motion is not required to initiate discovery. Rather, a party is required to serve written requests for production on an opposing party. The Plaintiff's "motion" does not request any relief from the court, but seeks production of documents from the Defendant.

LR 26-8 states that "[u]nless otherwise ordered by the Court written discovery, including responses thereto, and deposition transcripts, shall not be filed with the Court." The requests were served on the Defendant who now has until July 6, 2012 to serve Plaintiff with his responses and any objections. See Fed R. Civ. P. 34.

**IT IS ORDERED** that:

1.  Plaintiff's "Motion" shall be deemed a First Set of Requests for Production of

Documents (Dkt. #46)  and shall be **STRICKEN** from the record.

2. Defendant shall have until July 6, 2012 to serve Plaintiff with his responses and any objections.

Dated this 12th day of June, 2012.

_____
Peggy A. Leen
United States Magistrate Judge